PEARSON v. PEARSON

Courts—Jurisdiction—Evidence.
> Jurisdiction of a court to hear an action may be established by evidentiary exhibits even though the testimonial records fail to show jurisdiction.

Appeal from Wayne, George E. Bowles, J. Submitted Division 1 March 3, 1971, at Detroit. (Docket No. 9428.) Decided April 1, 1971.

Complaint for divorce by Shirley Ann Pearson against Gerald Kenneth Pearson. Judgment of divorce for plaintiff. Defendant appeals. Plaintiff cross-appeals. Affirmed.

*Dee Edwards,* for plaintiff.

*Harvey M. Smit,* for defendant.

Before: V. J. Brennan, P. J., and Quinn and O'Hara,* JJ.

Per Curiam. Defendant appeals from a judgment granting plaintiff a divorce and other relief. Plaintiff cross-appeals from that portion of the judgment

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

---

Reference for Points in Headnote
20 Am Jur 2d, Courts § 97.

relating to the payment of arrearage in support money which accumulated while the action was pending in circuit court.

Defendant first contends that the testimonial record fails to establish jurisdiction. In this he is correct. However, exhibits offered and received in evidence establish jurisdiction.

Defendant contends that the alleged grounds for divorce were not proved. Our *de novo* review of the record does not support defendant's contention, nor will that review support a finding by this Court that the trial judge abused his discretion with respect to support payments.

Affirmed, with costs to plaintiff.